43062. McCORKLE v. McLENDON et al.

DEEN, Judge. A judgment sustaining a general demurrer to one count of a two-count petition, and sustaining certain special demurrers to the other count, is not a final judgment from which an appeal will lie in a non-equity case. *Columbus Bank &c. Co. v. Fryer Chevrolet*, 112 Ga. App. 458 (145 SE2d 622); *McFarland v. Lumpkin*, 108 Ga. App. 370

(133 SE2d 117); *Webb v. Smith,* 96 Ga. App. 68 (99 SE2d 527); *Railey v. United Life &c. Ins. Co.,* 25 Ga. App. 301 (103 SE 184); *Stein v. Lazarus,* 33 Ga. App. 791 (1) (128 SE 696); *Southern Flour &c. Co. v. Levy Rice Milling Co.,* 22 Ga. App. 554 (96 SE 593); *Carhart v. Mackle,* 22 Ga. App. 520 (96 SE 591); *Johnson v. Henry & Co.,* 178 Ga. 542 (1) (174 SE 140); *Hill v. Lang,* 211 Ga. 484 (86 SE2d 498).

*Appeal dismissed. Jordan, P. J., and Quillian, J., concur.*

SUBMITTED SEPTEMBER 12, 1967—DECIDED OCTOBER 6, 1967.

*James M. Collier, Burt & Burt, Donald Rentz,* for appellant.
*Divine & Busbee, Edgar B. Wilkins, Jr., W. T. Divine, Jr., Lee & Hitchcock, William S. Lee,* for appellees.